1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8
9
10

| | |
|---|---|
| JAWAD QUASSANI, | |
| Petitioner, | Case No. 2:17-cv-01678-APG-PAL |
| vs. | **ORDER** |
| JANICE KILLIAN, *et al.*, | |
| Respondents. | |

17        Pursuant to this court's order of August 4, 2017 (ECF No. 10), petitioner Quassani has filed

18   an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 11.

19   Quassani is challenging his detention by the U.S. Marshals Service and Department of Homeland

20   Security, Immigration and Customs Enforcement (ICE).

21        While reserving judgment as to the merits of Quassani's amended petition, this court

22   concludes that the pleading adequately addresses the defects identified in the August 4, 2017, order,

23   and is therefore sufficient to warrant a response from the respondents.  Thus, respondents will be

24   directed to show cause why the writ should not be granted.  *See* 28 U.S.C. § 2243.

25        IT IS THEREFORE ORDERED that the Clerk shall serve copies of the amended petition

26   (ECF No. 11) and this order upon respondents as follows:

27        1. By having the United States Marshal promptly serve a copy of the amended petition and

28   this order on the United States Attorney for the District of Nevada or on an Assistant United States

1  Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A)

2  of the Federal Rules of Civil Procedure.

3       2.  By sending a copy of the amended petition and this order by registered or certified mail

4  to the following:  (1) the Attorney General of the United States, Department of Justice, 950

5  Pennsylvania Ave. NW, Washington, DC 20530 and (2) the Secretary of the U.S. Department of

6  Homeland Security, Washington, DC 20528.

7       IT IS FURTHER ORDERED that respondents shall file and serve an answer or other

8  response to the amended petition (ECF No. 11) within twenty (20) days of the date that this order is

9  entered, unless for good cause additional time is allowed.

10      Dated: October 16, 2017.,

11

12  _____
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28