# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAWAD QUASSANI,

    Petitioner,

vs.

JANICE KILLIAN, *et al.*,

    Respondents.

Case No. 2:17-cv-01678-APG-PAL

**ORDER**

Respondents have filed a motion for extension of time within which to respond to the Amended Petition for a Writ of Habeas Corpus (ECF No. 11). ECF No. 16. Good cause appearing, the extension shall be allowed.

IT IS THEREFORE ORDERED that respondents' motion for extension of time (ECF No. 16) is GRANTED. Respondents shall file their response to the amended petition (ECF No. 11) on or before November 20, 2017. No additional extension shall be permitted in the absence of extraordinary circumstances.

Dated: November 13, 2017.

                                                                                
UNITED STATES DISTRICT JUDGE