# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAVED QUASSANI,

    Petitioner,

vs.

JANICE KILLIAN, *et al.*,

    Respondents.

Case No. 2:17-cv-01678-APG-PAL

**ORDER**

On February 23, 2017, this court received a document from petitioner Quassani asking the court to order a "bond custody re-determination hearing" or, in the alternative, to order his release on his own recognizance or under reasonable conditions. ECF No. 24. Because counsel has appeared on his behalf, and has not been granted leave of the court to withdraw, Quassani is not permitted to personally file documents in this case. *See* Local Rule IA 11–6 of the Local Rules of Practice. Thus, his request for relief will be stricken.

In addition, this court entered an order granting respondents' motion to dismiss on December 22, 2017, and entered judgment in favor of the respondents on December 26, 2017. ECF No. 22/23. Petitioner may not seek relief from the court in this case without first demonstrating that he is entitled to relief from the court's judgment. *See* Fed. R. Civ. P. 60(b).

Notwithstanding its judgment in favor of the respondents, however, the court questions the status of Quassani's removal proceedings and whether he is currently being assisted by counsel. Thus, Quassani's counsel will be ordered to file a brief status report.

IT IS THEREFORE ORDERED that the Clerk shall strike from the court's docket the pro se document filed herein on February 23, 2018 (ECF No. 24).

IT IS FURTHER ORDERED that, within ten days of the date this order is entered, petitioner's counsel shall notify the court as to (1) whether counsel is still assisting petitioner with respect to his ongoing removal proceedings and, if so, (2) the status of those proceedings, including any administrative proceedings that have occurred, or administrative orders issued, since this court entered judgment.

Dated: March 2, 2018.

_____
UNITED STATES DISTRICT JUDGE